United States Bankruptcy Court
Middle District of Tennessee

In re:                                                              Case No. 15-00759-RSM
Brenda Lee Cory                                                     Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3        User: tbj1232         Page 1 of 1          Date Rcvd: May 21, 2015
                           Form ID: boc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2015.
db            +Brenda Lee Cory,    2676 Burt Burgen Rd.,    Woodbury, TN 37190-6198

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2015                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2015 at the address(es) listed below:
          AARON JAMES CONKLIN    on behalf of Debtor Brenda Lee Cory aaronconklin@mcelaw.com
          DAVID G. ROGERS    tn05@ecfcbis.com
          DAVID M ANTHONY    on behalf of Creditor Kenneth  Jackson anthonybk@bonelaw.com
          DAVID M ANTHONY    on behalf of Plaintiff Kenneth  Jackson anthonybk@bonelaw.com
          US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
          VICTORIA ANN FERRARO    on behalf of Creditor   Santander Consumer USA Inc.
           victoriaferraro@pqflegal.com,  ecfmiddle@pqflegal.COM
                                                                          TOTAL: 6

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE

In Re:

Brenda Lee Cory

Bankruptcy Case No.
3:15–bk–00759

Chapter 7

## NOTICE OF BILL OF COSTS FOR COURT FEES

You are hereby notified that the Clerk of Court requires **Brenda Lee Cory** to pay **335.00 ( COURT FEE – CHAPTER 7 FILING FEE DUE )** in costs for the filing of the following in the above styled case:

*1* – Chapter 7 Voluntary Petition. Fee Amount is $335.00. Separately and Contemporaneously, an Application to Pay Filing Fee in Installments or an Application to Waive Filing Fees is being filed.. (CONKLIN, AARON)

Payment is requested within 14 days of this notice and shall be made by cash (DO NOT MAIL CASH), cashier's check or money order payable to:

Clerk, U.S. Bankruptcy Court
701 Broadway Room 170
Nashville, TN 37203

Dated:5/21/15

/s/MATTHEW T LOUGHNEY
Court Clerk